```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAN RUBIN et al.,

                Plaintiffs,                      19 **CIVIL** 4320 (LGS)

      -against-                        **JUDGMENT**

LOREN K. MILLER et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 13, 2020, summary judgment is GRANTED to Plaintiffs and DENIED to Defendants. The case is remanded for a final merits determination consistent with the evidence and limited EB-1 classification case law identified in the Opinion and Order.

**Dated:**  New York, New York
          August 14, 2020

                                                 **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                      **BY:**      _K. Mango_
                                                     **Deputy Clerk**